```
_____FILED           _____RECEIVED
_____ENTERED         _____SERVED ON
                COUNSEL/PARTIES OF RECORD

              JUL - 9 2010

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-0184-GMN (RJJ) |
| v. ) | |
| ) | |
| IULIU GADALEAN, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT IULIU GADALEAN**

On January 8, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), forfeiting property of Iuliu Gadalean to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant Iuliu Gadalean.

DATED this _____ day of ____July____, 2010.

_____
UNITED STATES DISTRICT JUDGE