UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:09-CR-0184-GMN (RJJ) |
| IULIU GADALEAN, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On January 8, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant IULIU GADALEAN to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant IULIU GADALEAN pled guilty. Docket #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 29, 2010 through April 27, 2010, further notifying all known third parties by personal service of their right to petition the Court.

The United States served all known third parties by personal service or by regular mail and certified mail, return receipt requested. The United States Marshals Service served third parties

Alexandra G. Haida and Adrian N. Tarau by personal service on their counsel, Kenneth E. Thomas. #29.

On January 13, 2011, Alexandra G. Haida signed a Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Alexandra G. Haida and Adrian N. Tarau and Order. #47. On January 14, 2011, Adrian N. Tarau signed a Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Alexandra G. Haida and Adrian N. Tarau and Order. #47. The United States filed the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Alexandra G. Haida and Adrian N. Tarau and Order on February 23, 2011. #47. On March 1, 2011, the Order granting the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Alexandra G. Haida and Adrian N. Tarau and Order was entered. #48.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no other petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    altered passports and drivers' licenses
    b)    a Swiss driver's license with no name
    c)    an Oregon driver's license in the name of Chris Anastopolos
    d)    twenty-four (24) Bank of America Visa debit cards bearing account numbers:
        1)    4217 6614 2653 0663
        2)    4217 6614 2601 9949

|   |   |   |
|---|---|---|
| 3) | 4217 6614 2543 9791 |
| 4) | 4744 0890 0898 3592 |
| 5) | 4217 6614 2963 9453 |
| 6) | 4217 6614 2462 8295 |
| 7) | 4217 6614 2840 2325 |
| 8) | 4217 6614 2648 0216 |
| 9) | 4217 6614 2655 1396 |
| 10) | 4744 8900 0838 4429 |
| 11) | 4217 6614 2891 9310 |
| 12) | 4744 8900 0801 9124 |
| 13) | 4744 8900 0825 0083 |
| 14) | 4744 8900 0866 3848 |
| 15) | 4744 8900 0887 8404 |
| 16) | 4744 8900 0871 2264 |
| 17) | 4744 8900 0821 4535 |
| 18) | 4744 8900 0819 4125 |
| 19) | 4744 8900 0819 6237 |
| 20) | 4744 8900 0810 6731 |
| 21) | 4744 8900 0827 5031 |
| 22) | 4744 8900 0833 0240 |
| 23) | 4744 8900 0828 9479 |
| 24) | 4744 8900 0821 8189 |

e)  notes

f)  documents

g)  bank records

h)  seven (7) cell phones (including one iPhone)

  i)  two (2) white gold watches

  j)  one (1) kit for altering passports

  k)  bank receipts

  l)  mailbox keys, and

  m)  an *in personam* criminal forfeiture money judgment of $793,829.99 in United States Currency, including:

    1)  $76,500.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 8th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge